# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| BYRON CHAPMAN, | Case No. 2:18-cv-03150-JAM |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| M&B DISCOUNT LIQUOR, *et al.*, | |
| Defendants. | |

The Court hereby dismisses this matter with prejudice as to Defendants M&B Discount Wine & Liquor, and Makhan Singh, individually and doing business as M&B Discount Wine & Liquor and Does 1-10 inclusive, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 27, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE